## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATRINA A. ZINNER, et al., | ) | |
| Plaintiffs, | ) | 8:10CV3051 |
| v. | ) | ORDER |
| SECURITIES AMERICA, et al., | ) | |
| Defendants. | ) | |

Counsel have conducted their conference required by Fed. R. Civ. P. 26(f) and have filed their report of such conference which has now been reviewed by the court.

**IT IS ORDERED:**

1. **Authorization and Sequence of Discovery.** The parties may now commence discovery. That discovery required to prepare the case for **mediation** or other settlement negotiations and that discovery required to prepare the case for possible summary judgment disposition shall be conducted before other discovery.

2. **Mandatory Disclosures** described in Fed. R. Civ. P. 26(a)(1) shall be served by **July 30, 2010**.

3. The **filing of disclosures** under Fed. R. Civ. P. 26(a)(1), and (2), as well as the filing of discovery documents, depositions, and disclosures required by this order shall be governed by NECivR 26.1. The disclosures required by Fed. R. Civ. P. 26(a)(3) shall be filed when served. **Note: Disclosures that are filed should be redacted so no personal information (e.g., home addresses, phone numbers, Social Security numbers, etc.) is made part of the public record.**

4. **Withholding Documents from Disclosure or Discovery.** If any document is withheld from production or disclosure on the grounds of privilege or work product, the producing party shall disclose the following information about each such document withheld: a description of the document withheld with as much specificity as is practicable without disclosing its contents, including (a) the general nature of the document; (b) the identity and position of its author; (c) the date it was written; (d) the identity and position of its addressee; (e) the identities and positions of all persons who were given or have received copies of it and the dates copies were received by them; (f) the document's present location and the identity and position of its custodian; and (g) the specific reason or reasons why it has been withheld from production or disclosure.

5. The plaintiff shall file notice with this court about a determination of the plaintiff's objection to the Judicial Panel on Multi-District Litigation's conditional transfer of this case to the Central District of California **within three business days** of such determination.

DATED this 15th day of June, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge