UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

IN RE MEDICAL CAPITAL
SECURITIES LITIGATION

CASE NO. SA ML 10-2145 DOC (RNBx)

_____/

KATINA A. ZINNER, as Trustee
for the Zinner Family Trust, on her own
behalf and on behalf of those
similarly situated, and CHRISTA
ZINNER, on her own behalf and
on behalf of those similarly situated,

          Plaintiffs,

CASE NO. SA CV 10-00979 DOC (RNBx)

vs.

SECURITIES AMERICA, SECURITIES
AMERICA FINANCIAL CORPORATION,
AMERIPRISE FINANCIAL, INC.,

          Defendants.

_____/

### KATINA and CHRISTA ZINNER'S NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)

NOW COME Plaintiffs Katina Zinner, as Trustee for the Zinner Family Trust, and Christa Zinner, individually, ("Zinner") and give notice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that they hereby voluntarily dismiss without prejudice their Class Action Complaint, *Zinner v. Securities America, Inc., et al.*, SA CV 10-0979-DOC- (RNBx) (C.D. Cal.), in its entirety against all defendants.

Dated: July 1, 2010.

          /s/ Scott L. Adkins

          **SONN & EREZ, PLC**
          Jeffrey R. Sonn*
          Fla. Bar No. 773514
          jsonn@sonnerez.com

Scott L. Adkins
California Bar No. 194809
sadkins@sonnerez.com
500 East Broward Blvd., Suite 1600
Fort Lauderdale, FL 33394
(954) 763-4700
(954) 763-1866 (facsimile)

**Attorneys for Plaintiffs Zinner**

## CERTIFICATE OF SERVICE

I, Scott L. Adkins, do hereby certify that this Notice of Voluntary Dismissal was filed with the Central District of California's ECF system this 1st day of July, 2010, with a copy sent via e-mail to nicholas.christakos@sutherland.com.

/s/ Scott L. Adkins